

IN THE
TENTH COURT OF APPEALS

_____

No. 10-09-00070-CV

IN RE HUBERT WARREN

_____

Original Proceeding

---

## MEMORANDUM OPINION

---

The petition for writ of mandamus is denied.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Petition denied
Opinion delivered and filed March 25, 2009
[OT06]